1  Jonathan D. Baker (Cal. Bar No. 196062)
   FARNEY DANIELS LLP
2  411 Borel Avenue, Suite 350
   San Mateo, CA 94402
3  Telephone: 424-268-5210
   Facsimile:  424-268-5219
4  E-Mail: JBaker@farneydaniels.com

5  ATTORNEYS FOR PLAINTIFF
   BRANDYWINE COMMUNICTIONS
6  TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | Case No. 4:12-CV-02035-PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| AVAYA INC., | Hon. Phyllis J. Hamilton |
| Defendant. | |

On this day, Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendant and Counterclaim-Plaintiff Avaya Inc. ("Avaya") announced to the Court that they have settled Brandywine's claims for relief against Avaya and Avaya's counterclaims for relief against Brandywine asserted in this case. Brandywine and Avaya have therefore requested that the Court dismiss Brandywine's claims for relief against Avaya and Avaya's counterclaims for relief against Brandywine, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Brandywine's claims for relief against Avaya and Avaya's counterclaims for relief against Brandywine are dismissed with prejudice. IT IS

1  FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each
2  party incurring the same.
3
4  IT IS SO ORDERED.
5
   Dated: November 29 , 2012
6

